**No. 63480.—E. Leitz, Inc. v. United States, protest 58/14366 (New York).**

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protest was dismissed, and the matter remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).

BEFORE THE SECOND DIVISION, NOVEMBER 4, 1959

**No. 63481.—Croton Watch Co., Inc. v. United States, protest 58/22331 (New York).**

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 63482.—Universal Industries v. United States, protest 59/220 (New York).**

Opinion by LAWRENCE, J.  An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the motion to dismiss was granted.